1  MICHAEL HINCKLEY, State Bar No. 161645
   STIGLICH & HINCKLEY, LLP
2  149 Natoma Street, Suite 300
   San Francisco, California 94105
3  Telephone:   (415) 865-2539
   Facsimile:    (415) 865-2538
4
5  Attorneys for Defendant
   MONIQUE TURNER
6
7                UNITED STATES DISTRICT COURT
8                NORTHERN DISTRICT OF CALIFORNIA
9                    SAN FRANCISCO DIVISION
10
11 UNITED STATES OF AMERICA,            Case No. CR 03-0049 MHP

12          Plaintiff,                  **STIPULATION AND [PROPOSED]
                                        ORDER RE: TO CONTINUE STATUS
13     vs.                              HEARING**

14 MONIQUE TURNER,

15          Defendants.

16

17     Defendant MONIQUE TURNER, by and through her counsel Michael Hinckley, and the

18 United States of America, by and through Assistant United States Attorney Cynthia Frey, hereby

19 stipulate and agree to continue the status hearing date in the above-entitled matter from Monday,

20 March 29, 2010 at 11:00 a.m., until Monday, April 26, 2010 at 11:00 a.m., or to a date that is

21 convenient to the Court.

22     Good cause exists for this request in that parallel state court criminal proceedings

23 involving the same criminal conduct alleged in two counts of the amended form 12 have been

24 continued until April 15, 2010.  The requested continuance is needed to facilitate the defense

25 attempts to jointly resolve both matters.

26     United States Probation Officer Michelle Nero has been informed of this request.

27     ///

28

                                    1

DEFENDANT TURNER STIP & [PROP] ORDER                              E:\Turner - Stip.doc

**IT IS SO STIPULATED.**

Dated: March 25, 2010                              /s/Cynthia M. Frey

CYNTHIA M. FREY
Assistant United States Attorney

Dated: March 25, 2010                              /s/ Michael Hinckley

MICHAEL HINCKLEY
Attorney for Defendant
MONIQUE TURNER

**ORDER**

Pursuant to stipulation, the date set for status hearing is hereby continued from Monday, March 29, 2010 at 11:00 a.m., until Monday, April 26, 2010 at 11:00 a.m.

IT IS SO ORDERED.

Dated:  3/26/2010



HON. MARILYN HALL PATEL
United States District Court Judge

3

DEFENDANT TURNER STIP & [PROP] ORDER