MICHAEL HINCKLEY, State Bar No. 161645
STIGLICH & HINCKLEY, LLP
149 Natoma Street, Suite 300
San Francisco, California 94105
Telephone:    (415) 865-2539
Facsimile:    (415) 865-2538

Attorneys for Defendant
MONIQUE TURNER

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     vs.<br><br>MONIQUE TURNER,<br><br>          Defendants. | Case No. CR 03-0049 MHP<br><br>**STIPULATION AND [PROPOSED] ORDER RE: TO CONTINUE STATUS HEARING** |

Defendant MONIQUE TURNER, by and through her counsel Michael Hinckley, and the United States of America, by and through Assistant United States Attorney Cynthia Frey, hereby stipulate and agree to continue the status hearing date in the above-entitled matter from Monday, June 28, 2010 at 11:00 a.m., until Monday, July 12, 2010 at 11:00 a.m., or to a date that is convenient to the Court.

Good cause exists for this request in that this matter was inadvertently scheduled for June 28th, a date that Ms. Turner's attorney, Michael Hinckley, will be on a pre-paid long-scheduled vacation with his family.  Mr. Hinckley was not present on the day that the matter was scheduled for June 28, 2010, and the matter was handled by counsel making a special appearance.[1]

---

[1] Counsel making the special appearance mistakenly believed that he could make the June 28th appearance if necessary, without realizing he already had scheduled a court appearance for the same date and time.

1

1. United States Probation Officer Michelle Nero has been informed of this request.
2. ///

**IT IS SO STIPULATED.**

| | |
|---|---|
| Dated: June 17, 2010 | /s/Cynthia M. Frey <br><br> CYNTHIA M. FREY <br> Assistant United States Attorney |
| Dated: June 17, 2010 | /s/ Michael Hinckley <br><br> MICHAEL HINCKLEY <br> Attorney for Defendant <br> MONIQUE TURNER |

3

**ORDER**

1. Pursuant to stipulation, the date set for status hearing is hereby continued from Monday, June 28, 2010 at 11:00 a.m., until Monday, July 12, 2010 at 11:00 a.m.

IT IS SO ORDERED.

Dated: June 21, 2010



HON.
United
Judge Marilyn H. Patel

4

DEFENDANT TURNER STIP & [PROP] ORDER

C:\Documents and Settings\Lidia\Desktop\SCOTT STUFF\turner stip SRV2.doc