UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 03-0049-06 MHP |
| Plaintiff(s), | **ORDER REVOKING AND REINSTATING SUPERVISED RELEASE AND JUDGMENT** |
| v. | |
| MONIQUE TURNER, | |
| Defendant(s). | |

This matter came on pursuant to an Order to Show Cause why supervised release should not be revoked. Defendant appeared in person with her attorney Michael Hinkley. The United States was represented by Assistant United States Attorney Cynthia Frey.

The defendant was advised of the following:

1. Her right to a hearing on the alleged violations of supervised release;
2. Her right to confront and cross-examine witnesses;
3. Her right to produce evidence and witnesses at the hearing without cost to her if she could not afford the same;
4. Her right to continue to have court appointed counsel represent her throughout the proceedings; and
5. The nature of the revocation proceedings and the consequences if a violation was found and supervised release revoked or modified.

The court finds that defendant was fully advised of her constitutional and statutory rights in connection with these proceedings either as a basis for modification or revocation; that she fully understands the nature of the proceeding and the defenses that she may assert in the proceeding; that she fully understands the consequences of the proceeding; and that she freely and voluntarily waives her right to a hearing, her counsel consenting thereto.

The court finds that the defendant has admitted to the violations as alleged in the amended petition to revoke and that such violations are sufficient cause to revoke supervised release as to the following conditions of her supervised release:

Charge 2: Violation of Stand Condition Ten that states defendant not associate with any person engaged in criminal activity in that defendant was a passenger in a vehicle driven by another female, allegedly for the purpose of trafficking narcotics.

Charge 3: Violation of Standard Condition Ten that state defendant not associate with any person convicted of a felony unless granted permission by the USPO in that defendant was a passenger in a vehicle driven by another female, allegedly for the purpose of trafficking narcotics.

Charge 4: Violation of Standard Condition Two which states that defendant shall report to the USPO as directed by the Court, and shall submit truthful and complete written reports within the first five days of each month in that defendant has failed to submit monthly supervision reports for the months of August and September of 2009.

//
//
//
//
//
//
//
//
//
//

Based on the foregoing,

IT IS ADJUDGED that supervised release be and is hereby REVOKED AND REINSTATED and that defendant is remanded into the custody of the Attorney General or his authorized representative for a term of ONE DAY, TIME SERVED. The defendant shall further serve a Term of Supervised Release for a term of 4 ½ years with all previously-imposed terms of release to remain in full force and effect, with an additional term of release as follows:

**The defendant shall reside for a period of <u>six</u> months, to commence not later than December 1, 2010 , in Geo Care Halfway House, and shall observe the rules of that facility.**

Dated: November 16, 2010

MARILYN HALL PATEL
United States District Judge